IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARGARET COLES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO. 11-0074-KD-B** |
| | ) |
| **ZUNDEL'S, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Margaret Coles brought this action for violations of "§ 216(b) of the Fair Labor Standards Act (hereinafter 'FLSA'), Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., as amended by the Civil Rights Act of 1991, 42 U.S.C. § 1981a (hereinafter 'TITLE VII'); and the Age Discrimination in Employment Act, 29 U.S.C. § 621, et seq. (Hereinafter 'ADEA')." (Doc. 5, amended complaint). At present, this action is set for **final pretrial conference** before the undersigned on **Thursday, June 7, 2012 at 3:30 p.m.** and for jury selection on July 3, 2012 and trial during the month of July.

Pursuant to this Court's standing order governing the final pretrial conference, the parties were ordered to file a single joint pretrial document at least seven (7) calendar days before the final pretrial conference. **The joint pretrial document was due on May 31, 2012 and was not filed.** Accordingly, the parties are **ORDERED** to file their joint pretrial document on or before **Tuesday, June 5, 2012.**

DONE this the 4th day of June, 2012.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE