# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARGARET COLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0074-KD-B |
| | ) |
| ZUNDEL'S, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that the settlement agreement between Margaret Coles and Zundel's, Inc., is approved.

Pursuant to the settlement agreement, this Fair Labor Standards Act action is dismissed with prejudice with costs taxed as agreed.

The Court does not retain jurisdiction to enforce the settlement agreement.

DONE and this 14th day of June, 2012.

   s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE