IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET COLES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 11-0074-KD-B |
| ZUNDEL'S, INC., | ) ) ) |
| Defendant. | ) |

### ORDER

On June 14, 2012, the parties informed the Court that Margaret Coles' actions pursuant to Title VII of the Civil Rights Act of 1964, as amended, and pursuant to the Age Discrimination in Employment Act, had settled but additional time is necessary to complete the terms of the settlement agreement.

Accordingly, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court, **subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement agreement not be completed.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party shall bear their own costs, expenses, and attorney fees unless agreed otherwise in the settlement agreement.

DONE this the 14th day of June, 2012.

    s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE